```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JIMMIE LUVERT,
```

                             Plaintiff,                   **ORDER**
                                                                       CV 10-5513 (MKB)(ARL)

     -against-

ARRESTING OFFICER ANTHONY J. NATALE
#3060; ARRESTING OFFICER (1); ARRESTING
OFFICER (2); ARRESTING OFFICER (3),

                             Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' renewed motion seeking to compel the plaintiff to execute valid Stipulations to Unseal Records and a HIPAA Release Authorization. By Order dated June 12, 2012, the court directed plaintiff to provide defendants with the fully executed Stipulations to Unseal Records and a HIPAA Release Authorization on or before June 22, 2012. The application and the Order were never objected to by plaintiff. Although plaintiff has since provided defendants with executed Stipulations and Authorizations, plaintiff had modified these documents. In his cover letter to defendants, plaintiff states:

> Enclosed please find the documents that you requested me to sign. As you'll notice, I made my own addendum to each document, because the only portion of my medical records that are relevant to this particular case are the records from the date of my arrest to the date of my release from Nassau County's custody . . . When you do receive the documents that you've been so earnestly requesting, please do send me a copy of "<u>All</u>" of them . . .

(*Preston Letter*, dated July 6, 2012, Ex. 1.) In addition, plaintiff did not sign the documents before a notary as required by the authorizations. Defendants' renewed motion is granted. **On or before July 22, 2012**, the plaintiff shall provide defendants with the fully executed Stipulations to Unseal Records and a HIPAA Release Authorization without modification. Plaintiff is cautioned that the failure to timely comply with this order may result in the imposition of sanctions.

      Defendants are directed to serve a copy of this Order on plaintiff forthwith.


Dated: Central Islip, New York                         **SO ORDERED:**
       July 12, 2012

                                                                 _____/s/_____
                                                                  ARLENE R. LINDSAY
                                                                  United States Magistrate Judge